No. CR-07 00674 JF HRL

SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## THE UNITED STATES OF AMERICA

vs.

## PHILLIP ANTHONY CASTRO

# INDICTMENT

| | |
|---|---|
| **COUNT ONE:** | Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii) - Conspiracy to Distribute 50 grams or more of Methamphetamine. |
| **COUNTS TWO THROUGH EIGHT:** | Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of 5 grams or more of Methamphetamine. |
| **COUNT NINE:** | Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(c)-Conspiracy to Distribute Cocaine. |
| **COUNT TEN:** | Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(c)-Distribution of Cocaine. |

*A true bill.*

_____
*Foreperson*

Filed in open court this __24th__ day of __October__

A.D. 200**7**

NO BAIL WARRANT

Bail. $ _____

_____
*United States Magistrate Judge*

DOCUMENT NO.  CSA's INITIALS
DISTRICT COURT
CRIMINAL CASE PROCESSING

SEALED BY ORDER OF THE COURT

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 OCT 24  P 4: 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07 00674

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PHILLIP ANTHONY CASTRO, <br> Defendant. | No. <br> VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii) - Conspiracy to Distribute 50 grams or more of Methamphetamine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of 5 grams or more of Methamphetamine; 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C) - Conspiracy to Distribute Cocaine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Distribution of Cocaine <br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:  (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii))

Beginning on or about August 31, 2006, and continuing through and including October 24, 2007, in the Northern District of California, the defendant,

PHILLIP ANTHONY CASTRO,

and others, did knowingly and intentionally conspire with other persons known and unknown to distribute a Schedule II controlled substance, to wit, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

INDICTMENT

1 | COUNT TWO: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

2 | On or about August 31, 2006, in the Northern District of California, the defendant,

3 | PHILLIP ANTHONY CASTRO,

4 | did knowingly and intentionally distribute a Schedule II controlled substance, to wit, 5 grams or

5 | more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21,

6 | United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

7 | COUNT THREE: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

8 | On or about September 14, 2006, in the Northern District of California, the defendant,

9 | PHILLIP ANTHONY CASTRO,

10 | did knowingly and intentionally distribute a Schedule II controlled substance, to wit, 5 grams or

11 | more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21,

12 | United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

13 | COUNT FOUR: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

14 | On or about October 3, 2006, in the Northern District of California, the defendant,

15 | PHILLIP ANTHONY CASTRO,

16 | did knowingly and intentionally distribute a Schedule II controlled substance, to wit, 5 grams or

17 | more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21,

18 | United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

19 | COUNT FIVE: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

20 | On or about October 17, 2006, in the Northern District of California, the defendant,

21 | PHILLIP ANTHONY CASTRO,

22 | did knowingly and intentionally distribute a Schedule II controlled substance, to wit, 5 grams or

23 | more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21,

24 | United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

25 | COUNT SIX: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

26 | On or about February 1, 2007, in the Northern District of California, the defendant,

27 | PHILLIP ANTHONY CASTRO,

28 | did knowingly and intentionally distribute a Schedule II controlled substance, to wit, 5 grams or

INDICTMENT                                    2

1 | more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21,
2 | United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).
3 | <u>COUNT SEVEN:</u> (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))
4 |    On or about March 14, 2007, in the Northern District of California, the defendant,
5 |                   PHILLIP ANTHONY CASTRO,
6 | did knowingly and intentionally distribute a Schedule II controlled substance, to wit, 5 grams or
7 | more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21,
8 | United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).
9 | <u>COUNT EIGHT:</u> (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))
10 |    On or about May 24, 2007, in the Northern District of California, the defendant,
11 |                   PHILLIP ANTHONY CASTRO,
12 | did knowingly and intentionally distribute a Schedule II controlled substance, to wit, 5 grams or
13 | more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21,
14 | United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).
15 | <u>COUNT NINE:</u> (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C))
16 |    Beginning on or about October 1, 2007, and continuing through and including October 24,
17 | 2007, in the Northern District of California, the defendant,
18 |                   PHILLIP ANTHONY CASTRO,
19 | and others, did knowingly and intentionally conspire with other persons known and unknown to
20 | distribute a Schedule II controlled substance, to wit, cocaine, its salts, isomers, and salts of its
21 | isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

**INDICTMENT**                                              3

1  COUNT TEN: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

2  In or about October 2007, in the Northern District of California, the defendant,

3  PHILLIP ANTHONY CASTRO,

4  did knowingly and intentionally distribute a Schedule II controlled substance, to wit, cocaine, its

5  salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections

6  841(a)(1) and 841(b)(1)(C).

8  DATED: 10/24/07                              A TRUE BILL.

10                                              _____
                                                FOREPERSON

11  SCOTT N. SCHOOLS
12  United States Attorney

14  MATTHEW A. PARRELLA
    Chief, San Jose Office

16  (Approved as to form: _____)
                          AUSA John N. Glang

INDICTMENT                          4

AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

SEE ATTACHED PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHED PENALTY SHEET

DEFENDANT - U.S.

▶ PHILLIP ANTHONY CASTRO

DISTRICT COURT NUMBER

CR 07 00674 JF HRL

2007 OCT 24 P 4:47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
FBI SPECIAL AGENT DOUGLAS TURNER

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JOHN N. GLANG

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

## U.S. V. PHILLIP ANTHONY CASTRO

## PENALTY SHEET

Count One:  21 U.S.C. §§ 846 and 841(b)(1)(A)(viii)
Conspiracy to Distribute 50 grams or more of Methamphetamine

Imprisonment for Life with 10-year minimum mandatory term
$4,000,000 Fine
At least 5 years of supervised release, No Maximum
$100 special assessment

Counts Two thru Eight:  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) -
Distribution of 5 grams or more of Methamphetamine

Each count:
40 years imprisonment with 5-year minimum mandatory term
$2,000,000 Fine
At least 4 years of supervised release, No Maximum
$100 special assessment

Counts Nine and Ten: 21 U.S.C. §§ 846 and 841(a)(1)
Conspiracy to Distribute Cocaine and Distribution of Cocaine

Each count:
20 years imprisonment
$1,000,000
At least 3 years of supervised release, No Maximum
$100 special assessment