FILED
OCT 24 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

SEALED BY ORDER OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, ) No. CR 07 00674 JF HRL
            Plaintiff, )
      v. )
PHILLIP ANTHONY CASTRO, ) **ORDER OF THE COURT SEALING INDICTMENT AND ARREST WARRANT**
            Defendant. )

Based on the motion of the Government, the further investigation contemplated by the Federal Bureau of Investigation, and the fact that the defendant is out of custody and unaware of the pending indictment and arrest warrant, it is hereby ordered that the indictment and arrest warrant in the above-entitled case be sealed until further order of the court.

**IT IS SO ORDERED.**

DATED: 10/24/07

RICHARD SEEBORG
United States Magistrate Judge
Northern District of California

SEALING ORDER

