# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, November 14, 2007
**Case Number:** CR-07-00674-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**  **UNITED STATES OF AMERICA V. PHILLIP ANTHONY CASTRO**

| PLAINTIFF | DEFENDANT |
| --- | --- |
| United States | Philip Anthony Castro |
| **Attorneys Present:** John Glang | **Attorneys Present:** Cynthia Lie |

---

PROCEEDINGS:

　　Status Review hearing held. Counsel and defendant are present. Continued to 12/5/07 at 9:00 a.m. for further status review. Time is excluded for the reasons stated.