BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00674 JF |
| ) | |
| Plaintiff, ) | *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| ) | |
| vs. ) | |
| ) | **Hon. Richard Seeborg** |
| PHILLIP ANTHONY CASTRO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Phillip Anthony Castro hereby requests that the Order Setting Conditions of

Release issued by this Court on October 31, 2007 be modified to permit him to travel to the city

of Riverside in the Central District of California from Friday, November 30, 2007 to Saturday,

December 1, 2007.  This application is based upon the attached declaration of counsel.

Dated: November 27, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

CYNTHIA C. LIE
Assistant Federal Public Defender