BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR-07-00674 JF |
| )  | |
| Plaintiff,           )  | DECLARATION OF COUNSEL IN |
| )  | SUPPORT OF *EX PARTE* APPLICATION |
| vs.           )  | FOR TRAVEL AUTHORIZATION |
| )  | |
| PHILLIP ANTHONY CASTRO,           ) | **Hon. Richard Seeborg** |
| )  | |
| Defendant.           )  | |
| _____)  | |

I, Cynthia C. Lie, hereby declare as follows:

1. I am the Assistant Federal Public Defender appointed to represent Phillip Anthony Castro in the above-captioned matter, in which Mr. Castro is charged with distribution and conspiracy to distribute methamphetamine and cocaine.

2. On October 31, 2007, this Court released Mr. Castro on a $100,000 personal recognizance bond secured by his signature and established conditions of pretrial release. Among those conditions is a travel restriction to the Northern District of California.

3. On November 26, 2007, Mr. Castro informed me of his wish to travel to Riverside in the Central District of California on Friday, November 30, 2007 for the purpose of delivering a sales presentation in his capacity as a vendor of health and wellness products.  Mr. Castro intends

1  to travel to Riverside by automobile and to stay with his sister until his return the following day,
2  December 1, 2007
3      4.    On November 26, 2007, I spoke with Assistant United States Attorney John Glang
4  regarding Mr. Castro's request. Mr. Glang had no objection to the proposed travel.
5      5.    On November 27, 2007, I spoke with Supervising United States Pretrial Services
6  Officer Jaime Carranza regarding Mr. Castro's request. Mr. Carranza had no objection to the
7  proposed travel.
8      I declare that the foregoing is true and correct and of my personal knowledge, except as to
9  those matters stated on information and belief, and as to those matters, I believe them to be true.
10     Executed this 27th of November 2007 in San Jose, California.

                                    s/_____
                                    CYNTHIA C. LIE
                                    Assistant Federal Public Defender

Declaration in Support of *Ex Parte* Application
for Travel Authorization                        2