1
2
3
4
5
6
7
8         IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | ) | No. CR-07-00674 JF |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| vs. | ) ) |  |
| PHILLIP ANTHONY CASTRO, | ) ) | **Hon. Richard Seeborg** |
| Defendant. | ) ) |  |

Good cause appearing, it is hereby ordered as follows:

The Order Setting Conditions of Release and Appearance Bond issued October 31, 2007 shall be modified to permit defendant Phillip Castro's travel by automobile to the city of Riverside in the Central District of California from Friday, November 30, 2007 to Saturday, December 1, 2007.

Mr. Castro shall provide his itinerary and local contact information to United States Pretrial Services prior to his departure from the Northern District of California, and shall contact Pretrial Services on the first business day following his return to the Northern District of California.

All other conditions of release ordered October 31, 2007 remain in full force and effect.

It is so ordered.

Dated: November ____, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

*Ex Parte* Application for Travel Authorization        2