FILED

NOV 27 2007

CLERK ... ING
NOR... ...T COURT
... OF CALIFORNIA
... ...SE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00674 JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING *EX* |
| | ) | *PARTE* APPLICATION FOR TRAVEL |
| vs. | ) | AUTHORIZATION |
| | ) | |
| PHILLIP ANTHONY CASTRO, | ) | **Hon. Richard Seeborg** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing, it is hereby ordered as follows:

The Order Setting Conditions of Release and Appearance Bond issued October 31, 2007 shall be modified to permit defendant Phillip Castro's travel by automobile to the city of Riverside in the Central District of California from Friday, November 30, 2007 to Saturday, December 1, 2007.

Mr. Castro shall provide his itinerary and local contact information to United States Pretrial Services prior to his departure from the Northern District of California, and shall contact Pretrial Services on the first business day following his return to the Northern District of California.

*Ex Parte* Application for Travel Authorization         1

1  All other conditions of release ordered October 31, 2007 remain in full force and effect.

2  It is so ordered.

4  Dated: November 27, 2007

   _____
   RICHARD SEEBORG
   United States Magistrate Judge