**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, December 5, 2007
**Case Number:** CR-07-00674-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

---

TITLE:       **UNITED STATES OF AMERICA V. PHILLIP ANTHONY CASTRO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Philip Anthony Castro |
| Attorneys Present: John Glang | Attorneys Present: Cynthia Lie |

---

PROCEEDINGS:
   Further status review hearing held. Counsel are present. Defendant's appearance is waived. Continued to 1/16/08 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.