# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, January 16, 2008
**Case Number:** CR-07-00674-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **UNITED STATES OF AMERICA V. PHILLIP ANTHONY CASTRO**

|  **PLAINTIFF** | **DEFENDANT** |
| :---: | :---: |
| United States | Philip Anthony Castro |
| **Attorneys Present: John Glang** | **Attorneys Present: Cynthia Lie** |

---

PROCEEDINGS:

Further status review hearing  held.  Counsel and defendant are present.
Continued to 1/30/08 at 9:00 a.m. for further status review. 14 days are excluded
for the reasons stated.