**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, January 30, 2008
**Case Number:** CR-07-00674-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **UNITED STATES OF AMERICA V. PHILLIP ANTHONY CASTRO**

|  PLAINTIFF  |  DEFENDANT  |
|:---:|:---:|
| United States | Philip Anthony Castro |
| **Attorneys Present:** John Glang | **Attorneys Present:** Cynthia Lie |

---

PROCEEDINGS:

    Disposition hearing held. Counsel and defendant are present. Defendant pleads guilty to count 6 of the Indictment. Continued to 7/30/08 at 9:00 a.m. for judgment and sentencing. The remaining counts are submitted.