JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILLIP ANTHONY CASTRO, ) <br> ) <br> Defendant. ) <br> ) | No. CR 07-00674-JF <br><br> **GOVERNMENT'S REPLY TO PRESENTENCE REPORT** <br><br> Date: July 30, 2008 <br> Time: 9:00 a.m. <br> Court: Hon. Jeremy Fogel |

The government hereby files the following reply to the Presentence Report (PSR) filed in this case regarding the above-entitled defendant.

The government agrees that the defendant is eligible for the benefits of the safety-valve provisions under U.S.S.G. § 2D1.1(b)(11) and 5C1.2. As a result, his Total Offense Level should be Level 27 rather than Level 29 and his applicable guideline should be 70-87 months of imprisonment.

The government agrees with the Probation Officer that a sentence at the low end of the guideline range (rather than a downward variance from the guideline range) is appropriate for the aggravating and mitigating reasons set forth in the first three full paragraphs on page 2 of the

1 | Sentencing Recommendation attached to the PSR.
2 |     For the aforegoing reasons, the government respectfully requests that the court impose a
3 | sentence of 70 months of imprisonment. Based on the offense of conviction, the defendant is
4 | subject to mandatory immediate remand upon sentencing pursuant to 18 U.S.C. § 3143(a)(2),
5 | and the government respectfully requests that this occur.
6 |
7 | DATED: _____7/21/08_____            Respectfully submitted,
8 |                                           JOSEPH P. RUSSONIELLO
                                          United States Attorney
9 |
10 |
11 |                                           _____/S/_____
                                            JOHN N. GLANG
                                            Assistant United States Attorney
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

CR 07-00674-JF