1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CASTRO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )   No. CR-07-00674 JF
                                    )
11              Plaintiff,          )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO CONTINUE SENTENCING
12 vs.                              )   HEARING
                                    )
13 PHILLIP ANTHONY CASTRO,          )
                                    )
14              Defendant.          )
   _____)
15

16                              **STIPULATION**

17       Defendant Phillip Anthony Castro and the government, by and through counsel, hereby

18 stipulate and agree that the sentencing hearing in the above-captioned matter may be continued

19 from Wednesday, July 30, 2008 to Wednesday, October 8, 2008 at 9:00 a.m.  The reason for this

20 continuance is to permit Mr. Castro to retain new counsel.  Counsel is also requesting that this

21 case be referred to magistrate court to be heard Thursday, August 14, 2008 at 9:30 for

22 identification of counsel.  United States Probation Officer Lori Timmons has been consulted as

23 to this request and has no objection.

24 Dated: July 23, 2008

25                                          _____/s/_____
                                            JOHN GLANG
                                            Assistant United States Attorney
26

Stipulation and [Proposed] Order to Continue
Sentencing
CR-07-00674 JF                              1

1  Dated: July 23, 2008

2                                    _____/s/_____
                                     CYNTHIA C. LIE
3                                    Assistant Federal Public Defender

4
                              **[PROPOSED] ORDER**
5
   Good cause appearing and by stipulation of the parties, it is hereby ordered that the
6
   sentencing hearing in the above-captioned matter shall be continued from Wednesday, July 30,
7
   2008 to Wednesday, October 8, 2008 at 9:00 a.m.
8
   IT IS FURTHER ORDERED that this case be referred to magistrate court to be heard
9
   Thursday, August 14, 2008 at 9:30 for identification of counsel.
10

11       August 8, 2008
   Dated: ~~July ------, 2008~~
12

13                                   _____
                                     JEREMY FOGEL
14                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26
   Stipulation and [Proposed] Order to Continue
   Sentencing
   CR-07-00674 JF                              2