1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5084
7      Fax: (408)-535-5066
       E-mail: John.Glang@usdoj.gov
8
9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14 UNITED STATES OF AMERICA,        )   No. CR 07-00674-JF
                                    )
15              Plaintiff,          )
                                    )   STIPULATION AND [PROPOSED]
16         v.                       )   ORDER ADVANCING SENTENCING
                                    )   HEARING DATE
17 PHILLIP ANTHONY CASTRO,          )
                                    )
18              Defendant.          )
                                    )
19

20

21    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is

22 hereby ordered, that the sentencing hearing for the defendant in the above-entitled case be

23 advanced from Wednesday, October 8, 2008 at 9:00 a.m. to Monday, October 6, 2008 at 10:00

24 a.m.

25 It is so stipulated.

26
   Dated: 8/14/2008                              _____/s/_____
27                                               JOHN N. GLANG
                                                 Assistant U.S. Attorney
28

**STIPULATION AND ORDER ADVANCING SENTENCING DATE**
**CR 07-00674-JF**

1  It is so stipulated:

2  Dated: 8/14/2008                                    /s/_____
                                                       CYNTHIA C. LIE
3                                                      Attorney for Phillip Anthony Castro

4

5

6                                    ORDER

   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
7
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
8
   advanced from Wednesday, October 8, 2008 at 9:00 a.m. to Monday, October 6, 2008 at 10:00
9
   a.m.
10

11 It is so ORDERED:

12 Dated: _____               _____
                                          JEREMY FOGEL
13                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER ADVANCING SENTENCING DATE**
**CR 07-00674-JF**                                2