1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5084
7      Fax: (408)-535-5066
       E-mail: John.Glang@usdoj.gov
8
9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                SAN JOSE DIVISION
13
14  UNITED STATES OF AMERICA,         )   No. CR 07-00674-JF
                                      )
15               Plaintiff,           )
                                      )   STIPULATION AND [PROPOSED]
16         v.                         )   ORDER ADVANCING SENTENCING
                                      )   HEARING DATE
17  PHILLIP ANTHONY CASTRO,           )
                                      )
18               Defendant.           )
                                      )
19

20      IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is
21  hereby ordered, that the sentencing hearing for the defendant in the above-entitled case be
22
23  advanced from Wednesday, October 8, 2008 at 9:00 a.m. to Monday, October 6, 2008 at 10:00
24  a.m.
25  It is so stipulated.
26
    Dated: 8/14/2008                              _____/s/_____
27                                                JOHN N. GLANG
                                                  Assistant U.S. Attorney
28

**STIPULATION AND ORDER ADVANCING SENTENCING DATE**
**CR 07-00674-JF**

1  It is so stipulated:

2  Dated: 8/14/2008
                                          /s/
3                                         CYNTHIA C. LIE
                                          Attorney for Phillip Anthony Castro

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be advanced from Wednesday, October 8, 2008 at 9:00 a.m. to Monday, October 6, 2008 at 10:00 a.m.

It is so ORDERED:

Dated: 8/27/08

JEREMY FOGEL
United States District Judge

**STIPULATION AND ORDER ADVANCING SENTENCING DATE**
**CR 07-00674-JF**

2