KURT K. ROBINSON (CSBN 108095)
Attorney at Law
37600 Central Court
Suite 264-A
Newark, CA  94560

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR 07-00674-JF |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION OF PARTIES |
| ) | FOR CONTINUANCE OF |
| v. ) | SENTENCING HEARING |
| ) | AND [PROPOSED] ORDER |
| PHILLIP CASTRO ) | |
| ) | San Jose Venue |
| Defendant. ) | |
| _____ ) | |

      With the agreement of the parties, and with the consent of the defendant Phillip Castro, the Court enters this order (1) vacating the sentencing hearing for defendant Phillip Castro, now set for October 6, 2008 at 9:00 a.m.; (2) setting a new sentencing hearing from the defendant Phillip Castro for December 10, 2008 at 9:00 a.m.; and (3) The parties agree, and the Court finds and holds, as follows:

      1.    The defendant Phillip Castro entered his guilty plea to Conspiracy to a felony. The guilty plea was entered, pursuant to plea agreement with the Government.

      2.    The defendant has notified the Government through his attorneys, that they will potentially seek, a downward departure for substantial assistance to the Government pursuant to U.S.S.G., section 5K1.1.

3.  Counsel for the defendant, Kurt Robinson, Esq., has verbally notified the Government on Thursday, October 2, 2008, that he wishes to seek a continuance of the sentencing hearing, in order that the Central District matter be resolved prior to sentencing and in order to file pleadings related to the sentencing of his client.

SO STIPULATED.                              JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED: _____                      _____
                                            JOHN GLANG
                                            Assistant U.S. Attorney

DATED:  10/2/08                             _____/S/_____
                                            KURT K. ROBINSON
                                            Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR 07-00674-JF |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP CASTRO | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause shown, the Court vacates the October 6, 2008 sentencing date with respect to the defendant Phillip Castro and sets a new sentencing date of December 10, 2008, at 9:00 a.m.

DATED: 10/3/08    _____
HON. JEREMY FOGEL
United States District Judge